# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

COMMUNITY REINVESTMENT      CIVIL ACTION NO. 08-cv-2008
FUND, INC.

VERSUS      JUDGE HICKS

RONCOR, INC., ET AL      MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Plaintiff has obtained a default judgment against the principal defendant. It appears that the only claims remaining in this civil action are those against the individual defendants, Ronald E. Duncan and Brenda S. Duncan. The court has been advised that the Duncans have filed for bankruptcy protection in the bankruptcy court in the Southern District of Alabama. The court has delayed any further steps in this case because of the bankruptcy stay, and to allow counsel for Plaintiff time to consider seeking relief from the stay. There is no indication in the record of this case that there is an effort afoot to lift the stay.

Counsel for Plaintiff is ordered to file into the record by **October 30, 2009** either: (1) a motion to voluntarily dismiss this action, or (2) a copy of a motion filed in the bankruptcy court that seeks relief from the bankruptcy stay to allow Plaintiff to pursue this action against the Duncans in this court. If counsel chooses the latter route, he shall inform the court in writing of the status of the motion to lift stay on the first day of each month until the motion is decided. Failure to comply with this order may result in dismissal of the remaining claims for failure to prosecute.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of October, 2009.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE